1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7368
7       FAX: (415) 436-7027
        christiaan.highsmith@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. 21-cr-00310-2 JD
                                          )
14 |        Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                          ) CONTINUING STATUS HEARING REGARDING
15 |   v.                                 ) SENTENCING FROM NOVEMBER 1, 2021 TO
                                          ) FEBRUARY 7, 2022
16 | VENNESA HERRERA,                     )
                                          )
17 |        Defendant.                    )
                                          )
18

19         On August 12, 2021, Defendant Vennesa Herrera was charged in a two-count Information with

20  conspiracy to commit health care fraud and health care fraud, in violation of 18 U.S.C. §§ 1347, 1349.

21  Dkt. 33.  Herrera waived her right to be charged via Indictment and on August 30, 2021 pled guilty to

22  the charge pursuant to a cooperation plea agreement.  Dkt. 36, 42, 43.  This Court set Defendant Herrera

23  for a status hearing regarding sentencing on November 1, 2021, at 10:30 a.m.  Defendant Herrera is out

24  of custody.

25         On August 12, 2021, co-defendant Veronica Katz was also charged with health care fraud and

26  conspiracy to commit health care fraud in the same Information.  Dkt. 33.  Ms. Herrera is a cooperating

27  defendant and her case therefore should trail Defendant Katz's case.

28         Counsel for the United State and counsel for Defendant Herrera have met and conferred and

STIP. AND [PROPOSED] ORDER                    1
21-cr-00310-2 JD

respectfully request that this Court continue Defendant Herrera's status hearing regarding sentencing to Monday, February 7, 2022.  Given that co-defendant Katz was charged recently and has not yet been set for change of plea or trial, and given that Defendant Herrera is a cooperating defendant in *United States v. Katz*, both parties in the Herrera case believe there is no need for a status hearing on Monday, November 1, 2021, given that Ms. Herrera's sentencing hearing should be set for a date after co-defendant Katz's trial or change of plea.  Further, because Herrera has already pled guilty there is no need for an exclusion of time under the Speedy Trial Act.

IT IS SO STIPULATED

DATED:   October 27, 2021                              Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED:   October 27, 2021                              _____/s/_____
GABRIELA BISCHOF
Counsel for Defendant Vennesa Herrera

### [PROPOSED] ORDER

For the reasons stated above by the parties, the status hearing regarding sentencing in this matter currently set for Monday, November 1, 2021, is hereby continued to February 7, 2022, at 10:30 a.m.

IT IS SO ORDERED.

DATED:  October 28, 2021                              _____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER                     2
21-cr-00310-2 JD