JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:      415.436.7700
Facsimile:      415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VENNESA HERRERA,<br><br>Defendant. | Case No. CR 3:21-cr-00310-JD-2<br><br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING |

On August 12, 2021, Defendant Vennesa Herrera was charged in a two-count Information with conspiracy to commit health care fraud and health care fraud, in violation of 18 U.S.C. §§ 1347, 1349. Dkt. 33.  Herrera waived her right to be charged via Indictment and on August 30, 2021, pled guilty to the charge pursuant to a cooperation plea agreement.  Dkt. 36, 42, 43.  Defendant Herrera is currently set for a status hearing regarding sentencing on August 8, 2022, at 10:30 a.m.  Defendant Herrera is out of custody.

Defendant Herrera is cooperating with the government and is a potential witness if co-defendants Veronica Katz and Simon Katz were to proceed to trial.  That trial has not yet been set and both of those defendants are now set for status conference on December 12, 2022.  Counsel for the United States and counsel for Defendant Herrera have met and conferred and agreed that Defendant Herrera's sentencing

US v. Herrera, Case No. 3:21-cr-00310-JD-2
[PROPOSED] ORD. TO CONT                          1

should occur after any such trial.  The parties therefore respectfully request that this Court continue

Defendant Herrera's status hearing regarding sentencing approximately six months, to Monday,

February 6, 2023.  at 10:30 a.m.


        IT IS SO STIPULATED.

August 2, 2022
Date                                                  /s/
                                                      ANDREW DAWSON
                                                      Assistant United States Attorney


August 2, 2022
Date                                                  /s/
                                                      GABRIELA BISCHOF
                                                      Attorney for Defendant Herrera


        IT IS SO ORDERED.


    August 5, 2022
Date                                                  JAMES DONATO
                                                      United States District Judge

*US v. Herrera*, Case No. 3:21-cr-00310-JD-2
[PROPOSED] ORD. TO CONT                          2