```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VENNESA HERRERA, <br><br> Defendant. | CASE NO. 21-cr-00310-2 JD <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING REGARDING SENTENCING FROM OCTOBER 23, 2023 TO FEBRUARY 12, 2024 |

On August 12, 2021, Defendant Vennesa Herrera was charged in a two-count Information with conspiracy to commit health care fraud and health care fraud, in violation of 18 U.S.C. §§ 1347, 1349. Dkt. 33. Herrera waived her right to be charged via Indictment and on August 30, 2021 pled guilty to the charges pursuant to a cooperation plea agreement. Dkt. 36, 42, 43. This Court set Defendant Herrera for a status hearing regarding sentencing on October 23, 2023, at 10:30 a.m. Defendant Herrera is out of custody.

On August 12, 2021, co-defendant Veronica Katz was also charged with health care fraud and conspiracy to commit health care fraud in the same Information. Dkt. 33. Ms. Herrera is a cooperating defendant and her case therefore should trail Defendant Katz's case.

Counsel for the United State and counsel for Defendant Herrera have met and conferred and

respectfully request that this Court continue Defendant Herrera's status hearing regarding sentencing to Monday, February 12, 2023. Given that co-defendant Veronica Katz has not yet been set for trial, and given that Defendant Herrera is a cooperating defendant in *United States v. Katz*, both parties in the Herrera case believe there is no need for a status hearing on Monday, October 23, 2023, given that Ms. Herrera's sentencing hearing should be set for a date after co-defendant Katz's trial. Further, because Herrera has already pled guilty there is no need for an exclusion of time under the Speedy Trial Act.

IT IS SO STIPULATED

DATED:     October 12, 2023                             Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED:     October 12, 2023                             _____/s/_____
SOPHIA WHITING
Assistant Federal Defender
Counsel for Defendant Vennesa Herrera

## [PROPOSED] ORDER

For the reasons stated above by the parties, the status hearing regarding sentencing in this matter currently set for Monday, October 23, 2023, is hereby continued to Monday, February 12, 2024, at 10:30 a.m.

IT IS SO ORDERED.

DATED:     October 17, 2023                             _____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER                 2
21-cr-00310-2 JD