```
PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7159
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VENNESA HERRERA, <br><br> Defendant. | CASE NO. 21-cr-00310-2 JD <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING REGARDING SENTENCING FROM MARCH 17, 2025, TO SEPTEMBER 15, 2025 |

On August 12, 2021, Defendant Vennesa Herrera was charged in a two-count Information with conspiracy to commit health care fraud and health care fraud, in violation of 18 U.S.C. §§ 1347, 1349. Dkt. 33. Herrera waived her right to be charged via Indictment and on August 30, 2021 pled guilty to the charges pursuant to a cooperation plea agreement. Dkt. 36, 42, 43. This Court previously set Defendant Herrera for a status hearing regarding sentencing on October 7, 2024, at 10:30 a.m. Defendant Herrera is out of custody.

Defendant Herrera is a cooperating witness in *United States v. Simon Katz*, Case No. CR. 21-310 JD. The Katz matter for trial starting May 12, 2025. Ms. Herrera is a potential witness in the Katz trial, and her case therefore should trail Defendant Katz's case.

Counsel for the United State and counsel for Defendant Herrera have met and conferred and

respectfully request that this Court continue Defendant Herrera's status hearing regarding sentencing from Monday, March 17, 2025, to Monday, September 15, 2025. Both parties in the Herrera case believe there is no need for a status hearing on Monday, March 17, 2025, given that Ms. Herrera's sentencing hearing should be set for a date after the Katz trial. Further, because Herrera has already pled guilty there is no need for an exclusion of time under the Speedy Trial Act.

IT IS SO STIPULATED

DATED:   March 7, 2025                    Respectfully submitted,

                                          PATRICK D. ROBBINS
                                          Acting United States Attorney

                                               /s/
                                          CHRISTIAAN H. HIGHSMITH
                                          Assistant United States Attorney


DATED:   March 7, 2025                         /s/
                                          GABRIELA BISCHOF
                                          Assistant Federal Defender
                                          Counsel for Defendant Vennesa Herrera


## [PROPOSED] ORDER

For the reasons stated above by the parties, the status hearing regarding sentencing in this matter currently set for Monday, March 17, 2025, at 10:30 a.m., is hereby continued to Monday, September 15, 2025, at 10:30 a.m.

IT IS SO ORDERED.


DATED: March 10, 2025

                                          HONORABLE JAMES DONATO
                                          UNITED STATES DISTRICT JUDGE