CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7159
christiaan.highsmith@usdoj.gov
kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VENNESA HERRERA,<br><br>Defendant. | CASE NO. 21-cr-00310-2 JD<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCING |

On August 12, 2021, Defendant Vennesa Herrera was charged in a two-count Information with conspiracy to commit health care fraud and health care fraud, in violation of 18 U.S.C. §§ 1347, 1349. Dkt. 33. Herrera waived her right to be charged via Indictment and on August 30, 2021 pled guilty to the charges pursuant to a cooperation plea agreement. Dkt. 36, 42, 43. Herrera recently testified at trial in *United States v. Simon Katz*, Case No. CR. 21-310 JD. This Court previously set Defendant Herrera for a status hearing regarding sentencing on August 17, 2026, at 11:00 a.m. Defendant Herrera is out of custody.

The parties have met and conferred and stipulate and agree to the following schedule regarding sentencing: (1) the Court vacate Herrera's August 17, 2026 status hearing regarding sentencing; (2) the

Court refer Herrera to the U.S. Probation Office for preparation of a presentence investigation report; and (3) the Court set Herrera's sentencing hearing for Monday, February 22, 2027, at 11:00 a.m.

The reason for requesting a sentencing date in February 2027 is that Herrera's counsel is currently out of the office on extended parental leave. Counsel expects to be back in the office in February 2027. The parties request the February 2027 sentencing date to accommodate counsel's leave schedule and ensure continuity of defense counsel and adequate preparation for sentencing.

Finally, because Herrera has already pled guilty there is no need for an exclusion of time under the Speedy Trial Act.

IT IS SO STIPULATED

DATED: August 6, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
KEVIN YEH
Assistant United States Attorneys

DATED: August 6, 2026

/s/
GABRIELA BISCHOF
Assistant Federal Defender
Counsel for Defendant Vennesa Herrera

**ORDER**

For the reasons stated above by the parties, and good cause having been shown, the Court hereby ORDERS the following: (1) the status hearing regarding sentencing on August 17, 2026 is vacated; (2) Defendant Herrera is referred to the U.S. Probation Office for preparation of a presentence investigation report; and (3) the matter is set for a sentencing hearing on Monday, February 22, 2027, at 11:00 a.m.

IT IS SO ORDERED.

DATED: __8/10/2026

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE